# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jenifer Marluci Zelaya Gaitan,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>United States Citizenship and Immigration Services, et al.,<br><br>　　　　　Defendants. | No. CV-23-00271-TUC-BGM<br><br>**ORDER** |

　　　Before the Court is Plaintiff's Notice of Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Doc. 25.) In her notice, Plaintiff states that Defendants have adjudicated her pending application I-601A waiver application and the present lawsuit is now moot. (*Id.* at 1.) Federal Rule of Civil Procedure 41 provides that the plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). Plaintiff's notice meets these requirements, and both parties have previously agreed to magistrate judge jurisdiction. (Docs. 8, 15.) Accordingly,

////

////

////

////

////

////

**IT IS ORDERED** that Plaintiff's Notice of Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) (Doc. 25) is granted.

**IT IS FURTHER ORDERED** that the stay in the case is lifted and that the Clerk of Court is instructed to close this case.

Dated this 13th day of June, 2024.

Honorable Bruce G. Macdonald
United States Magistrate Judge